# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA *ex rel.* DELIA BELL,

    Plaintiffs,

vs.                                              Case No. 8:16-cv-961-T-27AEP

KARL CROSS, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Relator's Motion to Stay (Dkt. 37). In her motion, Relator requests a stay of proceedings until the United States completes its formal investigation into Defendants' conduct. A district court may issue a stay of a case pending the resolution of related proceedings. *Ortega Trujillo v. Conover & Co. Commc'ns, Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000) (per curiam); *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). However, as noted in Relator's motion, the United States has been granted numerous extensions from the filing of this case in April 2016 through December 2018 to investigate and determine whether to intervene. And despite over two-years of investigation, it filed its notice declining intervention (Dkt. 32). Relator's Motion to Stay (Dkt. 37) in effect

1

is a motion to reconsider the Order denying the United States an additional extension.

Accordingly, Relator's Motion (Dkt. 37) is **DENIED**.

**DONE AND ORDERED** this 25th day of February, 2019.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to:
Counsel for the United States, the State of Florida, and Relators

2